IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **TITUS K. CONNALLY-BEY**, | ) |
| | ) |
| **Petitioner,** | ) |
| | ) Civil Action Number: |
| v. | ) **5:15-cv-00043-AKK-TMP** |
| | ) |
| **LEON BRADLEY,** *Warden*, | ) |
| | ) |
| **Respondent.** | ) |

## MEMORANDUM OPINION

The above-styled petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 was filed in this court on January 12, 2015. As relief, Titus K. Connally-Bey ("Petitioner") requested to be released from confinement. On February 24, 2017, the magistrate judge informed the petitioner that his *habeas* petition appears to be moot, as the petitioner has notified the court of a new address and appears no longer to be in custody.[1] The Order directed the petitioner to show cause as to why his petition should not be dismissed as moot. The court mailed the Order to the petitioner's last known address in Decatur, Alabama.[2] The Order was returned to

---

[1] A search of the Alabama Department of Corrections inmate listing indicates that no inmate with the petitioner's inmate number or any version of the inmate's name currently is incarcerated in the Alabama prison system.

[2] The petitioner's last known address is not that of a correctional facility but, instead, appears to be a private home.

the court with the envelope marked "forward time exp rtn to send." Doc. 15. Moreover, the petitioner has failed to check the docket on his own and has not responded to the show cause order, as directed, as a result.

It appears that the petitioner has received the relief he sought in that he has been released from custody. Accordingly, the petition appears to be **MOOT**. In any case, the petitioner has failed to keep the court apprised of his current address and, therefore, has failed to prosecute his claim.

**DONE** the 28th day of March, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE